FILED'11 SEP 6 8:49usDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON ALLAN COOK

Civ. No. 11-407-CL

　　　　Plaintiff,

　v.　　　　　　　　　　　　　　　　**ORDER**

HERMAN C. BYLENGA,
INTERMOUNTAIN PUBLIC
DEFENDER,

　　　　Defendants.

---

**PANNER, District Judge:**

　　　Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, this court reviews the legal
principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d
1202, 1206 (9th Cir. 1983).

　　　I have given this matter *de novo* review. I find no error in

1 - ORDER

the Report and Recommendation.

## **CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#8) is adopted. This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___ day of September, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER